IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN RILEY,

                                          ORDER

          Plaintiff,

                                          14-cv-657-bbc

     v.

CAROLYN COLVIN, Acting
Commissioner of Social Security,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Plaintiff Brian Riley filed a bare bones complaint in this case on September 29, 2014, seeking reversal of an adverse decision of defendant Commissioner of Social Security. He alleges no facts in support of his complaint and provides no explanation for his belief that the commissioner erred in denying his application for social security disability benefits. On the same day, plaintiff filed a notice of intent to file an application to proceed <u>in forma pauperis</u>.

     Although seven weeks have passed since the filing of plaintiff's notice of intent, he has not filed the application to proceed <u>in forma pauperis</u> that he allegedly intended to file. The court issued text orders to plaintiff's counsel on November 3, 2014 and again on November 10, 2014, directing him to file an application for leave to proceed <u>in forma pauperis</u>, but plaintiff has failed to respond to the orders.

ORDER

IT IS ORDERED that plaintiff Brian Riley may have until November 25, 2014, in which to submit an application for leave to proceed in forma pauperis. If he does not submit such an application or pay the full filing fee for a civil action, this case will be dismissed for plaintiff's failure to prosecute it.

Entered this 19th day of November, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge