IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN RILEY,

                 Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                 Defendant.

                          ORDER

                        14-cv-657-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Brian Riley filed this lawsuit on September 29, 2014, seeking review of a final decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying his claim for social security disability benefits.  At the same time, he filed a notice of his intent to file an application to proceed in forma pauperis.  After seven weeks passed without the filing of an application, this court entered a text order giving plaintiff until November 25, 2014 in which to file the application or pay the filing fee in full.   Plaintiff was warned that the case would be dismissed if he did neither of these things.

      Despite the warning, plaintiff has not submitted either an application for leave to proceed in forma pauperis or the filing fee.  Therefore, his case will be dismissed.

                                    ORDER

      IT IS ORDERED that this case is DISMISSED for plaintiff Brian Riley's failure to

prosecute it.

    Entered this 2nd day of December, 2014.

                                    BY THE COURT:

                                    /s/

                                  BARBARA B. CRABB
                                  District Judge