IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN RILEY,

        Plaintiff,                         JUDGMENT IN A CIVIL CASE

    v.                                                Case No. 14-cv-657-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, against plaintiff Brian Riley dismissing this case for plaintiff's failure to prosecute it.

          s/ A. Wiseman, Deputy Clerk                  December 2, 2014
          Peter Oppeneer, Clerk of Court                          Date